DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ERNESTO MALDONADO,

Appellant,

v.

DOLLY Z. MALDONADO,

Appellee.

No. 2D22-4022

_____

February 2, 2024

Appeal from the Circuit Court for Pinellas County; Doneene D. Loar, Judge.

K. Dean Kantaras of K. Dean Kantaras, P.A., Palm Harbor, for Appellant.

Jane H. Grossman, St. Petersburg, for Appellee.


PER CURIAM.

Affirmed.

SILBERMAN, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.